NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3107

WANDA N.D. THOMAS,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in AT831E080086-I-2.

ON MOTION

Before DYK, Circuit Judge.

## O R D E R

Wanda N.D. Thomas moves for reconsideration of the court's order denying her motion for leave to proceed in forma pauperis. Thomas also submits a "request for discrimination actions" and her Fed. Cir. R. 15(c) form.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reconsideration is denied. The docketing fee must be paid within 21 days of the date of filing of this order.

(2)    The Fed. Cir. R. 15(c) form is accepted for filing.    The request for "discrimination actions" is denied.

FOR THE COURT

**JUN 1 9 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Wanda N.D. Thomas
       Shari A. Rose, Esq.

s20



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 9 2009

JAN HORBALY
CLERK

2